UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHIL BERRY, individually on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TERRI BIAS & ASSOCIATES, INC.,<br><br>    Defendant. | NO. 1:21-cv-00854<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Plaintiff Phil Berry and Defendant Terri Bias & Associates, Inc. hereby stipulate to and notify the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED: July 29, 2022          Respectfully submitted,

                                         */s/ Avi R. Kaufman*
                                         Avi R. Kaufman
                                         KAUFMAN P.A.
                                         kaufman@kaurmanpa.com
                                         237 S. Dixie Hwy, 4th Flr.
                                         Coral Gables, FL 33133
                                         Telephone: 305.469.5881

                                         */s/ Ted Johnson*
                                         Ted Lewis Johnson
                                         North Carolina State Bar # 39791
                                         PO Box 5272
                                         Greensboro, NC 27435
                                         Telephone: (336) 252-8596
                                         Email: tedlewisjohnson@tedlewisjohnson.com
                                         *Local Civil Rule 83.1(d) Counsel for Plaintiff*
                                      *Attorneys for Plaintiff and the putative Classes*

                                         */s/ Randolph M. James*
                                         Randolph M. James

1

North Carolina State Bar # 10,000
PO Box 20069
Winston-Salem, NC 27120
Telephone: (336) 724-7707
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*
